UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 00343
    ANTHONY O HOARD
    SUSAN C HOARD                               CHAPTER 13

                                                JUDGE: JACQUELINE P COX
        Debtor
    SSN XXX-XX-7475    SSN XXX-XX-8281

--------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
    The case was filed on 01/09/2007 and was confirmed 05/14/2007.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 11/19/2007.
--------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICA'S SERVICING COMP | CURRENT MORTG | 8873.59 | .00 | 8873.59 |
| PAYMENT CENTER INC | CURRENT MORTG | 1967.19 | .00 | 1967.19 |
| VILLAGE OF BROOKFIELD | SECURED | 137.49 | .00 | .00 |
| CASTALIAN MUSIC JV | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| QUEST DIAGNOSTICS | UNSECURED | NOT FILED | .00 | .00 |
| AT & T BANKRUPCTY | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY HEALTHCARE PHY | UNSECURED | NOT FILED | .00 | .00 |
| WORLDWIDE ASSET PURCHASI | UNSECURED | 472.44 | .00 | .00 |
| TSYS TOTAL DEBT MANAGEME | UNSECURED | 926.82 | .00 | .00 |
| TRUCK WORKS OF BROOKFIEL | UNSECURED | NOT FILED | .00 | .00 |
| FAMILY MED GROUP | UNSECURED | NOT FILED | .00 | .00 |
| SUBURBAN SURGIC | UNSECURED | NOT FILED | .00 | .00 |
| LA GRANGE WOMENS CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| MID AMERICAN BANK | UNSECURED | NOT FILED | .00 | .00 |
| EMERGENCY CARE PHYSICIN | UNSECURED | NOT FILED | .00 | .00 |
| DOMINOS PIZZA | UNSECURED | NOT FILED | .00 | .00 |
| TELECHECK | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FOOD STORES INC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 777.46 | .00 | .00 |
| FAMILY MEDICAL CENTER | UNSECURED | NOT FILED | .00 | .00 |
| JEFFERSON CAPITAL SYSTEM | UNSECURED | 867.29 | .00 | .00 |
| ADVENTIST LA GRANGE | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| PROVIDIAN | UNSECURED | NOT FILED | .00 | .00 |
| FINGERHUT | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| TRIBUTE PAYMENT PROCESSI | UNSECURED | NOT FILED | .00 | .00 |
| VILLAGE OF MCCOOK | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| AMERICA'S SERVICING COMP | MORTGAGE ARRE | 21292.34 | .00 | 909.65 |

```
PAYMENT CENTER INC        MORTGAGE ARRE  56436.02              .00      2411.04
SPRINT-NEXTEL CORP        UNSECURED        315.77              .00          .00
BURNS & WINCEK LTD        DEBTOR ATTY    2,000.00                          5.81
TOM VAUGHN                TRUSTEE                                        949.56
DEBTOR REFUND             REFUND                                           .00
```

Summary of Receipts and Disbursements:

---------------------------------------------------------------------------

|                        | RECEIPTS      | DISBURSEMENTS  |
|------------------------|---------------|----------------|

---------------------------------------------------------------------------

```
TRUSTEE                      15,116.84

PRIORITY                                          .00
SECURED                                     14,161.47
UNSECURED                                         .00
ADMINISTRATIVE                                   5.81
TRUSTEE COMPENSATION                           949.56
DEBTOR REFUND                                     .00
                         ---------------   ---------------
TOTALS                       15,116.84         15,116.84
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 02/27/08              /s/ Tom Vaughn
                             _____
                             TOM VAUGHN
                             CHAPTER 13 TRUSTEE